# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv100

| | |
|---|---|
| **DORIS J. REESE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **SOCIAL SECURITY** ) | |
| **ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

On March 11, 2009, the Plaintiff filed an Application to Proceed without Prepayment of Fees and Affidavit [Doc. 3]. On March 13, 2009, the Court denied the Plaintiff's Application without prejudice on the grounds that the Court could not determine from the Application whether the Plaintiff lacks the resources from which to pay the required filing fee. The Plaintiff was ordered to file an amended Application or remit the $350.00 filing fee by April 13, 2009. The Plaintiff was warned that failure to comply with the Court's Order would result in the immediate dismissal of her action. [Doc. 4].

The Plaintiff has failed to comply with the Court's Order of March 13, 2009, directing the Plaintiff to file an amended Application or remit the full filing fee by April 13, 2009. Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is instructed to serve this Order on the Plaintiff by certified mail, return receipt requested.

**IT IS SO ORDERED**.

Signed: April 17, 2009

Martin Reidinger
United States District Judge