# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DORIS J. REESE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:09-CV-100

SOCIAL SECURITY ADMINISTRATION,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2009 Order.

Signed: April 17, 2009

Frank G. Johns, Clerk
United States District Court